■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE

D. Chesler, Appellant. (Appeal No. 2.)—Judgment unanimously reversed, on the law, and a new trial granted, Schnepp, J., not participating. Same memorandum as in *People v Chesler* (71 AD2d 792). (Appeal from judgment of Monroe Supreme Court—criminal facilitation.) Present—Simons, J. P., Schnepp, Callahan, Witmer and Moule, JJ.